# EXHIBIT 3

**From:** Galia Antebi <antebi@ruchelaw.com>
**To:** "Carpenter, David A." <DACarpenter@mayerbrown.com>, Simon Prisk <prisk@ruchelaw.com>
**Cc:** Stephane DeBaets <stephane@chefsclub.com>, jason kirschenbaum <jason.kirschenbaum83@gmail.com>
**Subject:** Re: ER-REITS
**Sent:** Mon 10/10/2016 3:12:59 PM (UTC-04:00)

Adding Simon

Sent from my iPhone

Galia Antebi
*Attorney at Law*

r u c h e l m a n  p. l. l. c.
150 East 58th Street, 22nd Floor
New York, NY 10155

T. *212.755.3333 x 113*
M. *917.340.0177*
F. *212.755.5898*

antebi@ruchelaw.com
www.ruchelaw.com

Download vCard / Connect on LinkedIn

**Important Information About This Electronic Message**

This electronic message has not been written as a formal opinion of counsel.

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Ruchelman P.L.L.C. at 212.755.3333 and destroy all copies of this message and any attachments.

On Oct 10, 2016, at 2:29 PM, Carpenter, David A. <DACarpenter@mayerbrown.com> wrote:

> Sure.  I will be able to get you something by tomorrow.
>
> David A. Carpenter
> +1-212-506-2195 (NY Office)
> +1-312-701-8432 (Chicago Office)
>
> ---
>
> **From:** Stephane DeBaets [mailto:stephane@chefsclub.com]
> **Sent:** Monday, October 10, 2016 10:17 AM
> **To:** Galia Antebi; Carpenter, David A.; jason kirschenbaum
> **Subject:** ER-REITS
>
> Dear David,
>
> Can you please draft a quick engagement letter for Mike Wirth as CFO of ER-REITS (to be created by Galia)
>
> ER-REITS ownership
> ER MERRYWAY 40% -(through the same structure as ER Food)
> ER 20%
> Jason 20%
> Mike Wirth 20%
>
> The contract with Mike will be effective upon successful IPO of Sunset REIT

His first salary will be 150K for 30% of his tike until second IPO is completed , then 100% of his time for 300k .

His function should be the one of a CFO including —Signing the account and SEC compliance

thanks

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

**Sent:** Wed 9/27/2017 1:39:24 PM (UTC-04:00)
**Subject:** Fwd: ER Reit Manager
**From:** jason kirschenbaum <jason.kirschenbaum83@gmail.com>
**To:** Stephane De Baets <stephane@optasiacapital.com>

Our Manager. Effective upon the completion of this offering and the contribution transactions, we will be managed by Elevated Returns, LLC, which is wholly owned by Stephane De Baets, our chairman, chief executive officer and president, and is a New York based real estate asset management and advisory firm. As of June 30, 2017, our Manager had approximately $250 million in assets under management in industries such as real estate and consumer brands. Elevated Returns partners and executives are actively involved in the day-to-day management of its invested companies and focused on the ownership, operation, and acquisition of properties located within the top markets throughout the United States.

Our Manager and Hotel Manager have extensive experience in managing luxury hotels and restaurants. Mr. De Baets, our chairman, chief executive officer and president, and the sole owner of our Manager, has over 20 years of experience in asset management, financial structuring and mergers and acquisitions, and has been involved with the St. Regis Aspen Resort since the 2010 Acquisition. Mr. De Baets has advised companies in both Asia and the United States and has significant experience and professional networks in both the real estate and hospitality industries. Other notable properties of which Mr. De Baets has managed or currently manages and in which he has had or has an ownership interest include the Sunset Tower Hotel in West Hollywood, California, the Chefs Club restaurants in Aspen, Colorado and New York City, and Lupulo and Aldea Restaurants in New York City. While in Asia, Mr. De Baets specialized in the hospitality industry and has been involved in the acquisition, disposition and restructuring of numerous hotel assets, including, in Phuket, Thailand, The Chedi, Aleenta, the M´eridien and the M´eridien Yacht Club; and in Bangkok, Thailand, the Sofitel Silom, the Peninsula and Siam Kempinski.

Our chief financial officer, secretary and treasurer, Michael Wirth, joined our Manager in 2016 and has over 30 years of experience in the real estate and financial services sectors and over 12 years of experience in the REIT industry. Mr. Wirth has also been a top executive at private and public real estate and financial services companies (taking five such companies through the initial public offering (''IPO'') process) for over 16 years and holds independent board positions with private companies. In addition, Alex Ho, our Manager's comptroller has worked with our Manager for over 20 years, and Jason Kirschenbaum, our Manager's managing director, joined our Manager in 2016 and has over 10 years of experience in the real estate business, including real estate investment, financing and development. Starwood has managed the St. Regis Aspen Resort since 1998, and in connection with the 2010 Acquisition, our Predecessor entered into a hotel management agreement with Starwood to continue its management of the hotel. The St. Regis brand provides a luxury experience at over 30 hotels around the world, including the St. Regis Aspen Resort. On September 23, 2016, Marriott completed the acquisition of Starwood, after which Starwood became an indirect wholly owned subsidiary of Marriott, a worldwide operator, franchisor, and licensor of hotels and timeshare properties under numerous brand names. At year-end 2016, Marriott operated 1,821 properties (521,552 rooms) under long-term management agreements with property owners, 48 properties (10,933 rooms) under long-term lease agreements with property owners, and 22 properties (9,906 rooms) that it owns. We believe our management team, together with our Manager and our Hotel Manager, has the skills and experience necessary to effectively manage and operate a first-class resort destination, enabling us to provide attractive risk-adjusted returns to our stockholders. Upon the completion of this offering and the contribution transactions, we expect that Mr. De Baets, our chairman, chief executive officer and president and the owner of our Manager, will own approximately % of our equity on a fully diluted basis.

On Mon, Sep 25, 2017 at 4:18 PM, Stephane De Baets <Stephane@optasiacapital.com> wrote:

yes

**From:** "Andrew.Epstein@CliffordChance.com" <Andrew.Epstein@CliffordChance.com>
**Date:** Monday, September 25, 2017 at 4:11 PM
**To:** Stephane <Stephane@optasiacapital.com>, "jason.kirschenbaum83@gmail.com" <jason.kirschenbaum83@gmail.com>

**Cc:** "Devon.MacLaughlin@CliffordChance.com" <Devon.MacLaughlin@CliffordChance.com>, Michael Wirth <miwirth@me.com>

**Subject:** RE: ER Reit Manager

Can we discuss this please.  I am available now if that works.

If I am understanding this correctly, changing this will require significant substantive revisions to the S-11 as Elevated Returns is the entity that has existed and is the one that has a track record.

Andrew S. Epstein

Partner
Clifford Chance US LLP
31 W. 52nd Street
New York, New York 10019-6131
Tel: 212-878-8332

Cell:  917-690-0806
Fax:  212-878-8375

---

**From:** Stephane De Baets [mailto:Stephane@optasiacapital.com]
**Sent:** Monday, September 25, 2017 4:09 PM
**To:** Epstein, Andrew (Capital Markets-NY) <Andrew.Epstein@CliffordChance.com>; jason.kirschenbaum83@gmail.com
**Cc:** MacLaughlin, Devon (Capital Markets-NY) <Devon.MacLaughlin@CliffordChance.com>; miwirth@me.com
**Subject:** Re: ER Reit Manager

NO . I have given equity in  ER –Reits to Mike and Jason but not in ER . so different shareholders

---

**From:** "Andrew.Epstein@CliffordChance.com" <Andrew.Epstein@CliffordChance.com>
**Date:** Monday, September 25, 2017 at 2:20 PM
**To:** "jason.kirschenbaum83@gmail.com" <jason.kirschenbaum83@gmail.com>
**Cc:** "Devon.MacLaughlin@CliffordChance.com" <Devon.MacLaughlin@CliffordChance.com>, Stephane <Stephane@optasiacapital.com>, Michael Wirth <miwirth@me.com>
**Subject:** RE: ER Reit Manager

Jason, are you asking just if the name can change or is this a different entity?  If it is a different entity, will it be wholly owned by Elevated Returns LLC?  Andy

Andrew S. Epstein

Partner
Clifford Chance US LLP

31 W. 52nd Street
New York, New York 10019-6131
Tel: 212-878-8332

Cell: 917-690-0806
Fax: 212-878-8375

**From:** jason kirschenbaum [mailto:jason.kirschenbaum83@gmail.com]
**Sent:** Monday, September 25, 2017 2:18 PM
**To:** Epstein, Andrew (Capital Markets-NY) <Andrew.Epstein@CliffordChance.com>
**Cc:** MacLaughlin, Devon (Capital Markets-NY) <Devon.MacLaughlin@CliffordChance.com>; Stephane De Baets <stephane@optasiacapital.com>; Michael Wirth <miwirth@me.com>
**Subject:** ER Reit Manager


Hi Andy,


Hope you had enjoyable holiday. We were discussing internally and we wanted to find out if we can change in S-11 the management company from Elevated Returns LLC to ER REIT LLC.

Kindly let us know your thoughts at your earliest convenience.


Thank you,

Jason Kirschenbaum


*******

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.  If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data among its different offices and support entities in strict compliance with internal control policies and statutory requirements. Incoming and outgoing email communications may be monitored by Clifford Chance, as permitted by applicable law and regulations.

For further information about Clifford Chance please see our website at http://www.cliffordchance.com or refer to any Clifford Chance office.

Switchboard: +1 212 878 8000
Fax: +1 212 878 8375

To contact any other office http://www.cliffordchance.com/people_and_places/people.html

[CC]Office2[/CC]