# EXHIBIT 4

From: **Stephane DeBaets** <stephane@chefsclub.com>
Date: Wed, May 24, 2017 at 7:49 AM
Subject: sunset
To: jason kirschenbaum <jason.kirschenbaum83@gmail.com>, Michael Wirth <miwirth@me.com>

Dear Michael, Jason,

We closed Sunset yesterday. As a show of appreciation for your work I will issue a little play money of USD20k/each . enjoy .

All eyes on Aspen now

regards