# EXHIBIT 8

Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

**Name of Current Account Holder**
Securitize, Inc.

**Address**
655 Montgomery Street, FL7

**City, State, Zip**
San Francisco, CA 94111

**Current Holder Account Number**
C0000000256

**Company Name**
Aspen Digital Inc.

## Transfer Request — See enclosed instructions

PLEASE PRINT CLEARLY

**CURRENT HOLDER INFORMATION**
**Shares to be Transferred**
PLEASE NOTE: Whole shares cannot be divided into fractional shares.

**1** ☐ **Legal Name Change** (for ownership changes please complete this form in its entirety. If the account is in your name only and a legal name change occurred, check box 1 and consult instructions included with this package for required fields)

**2** Daytime Telephone Number: 4 1 5 – 4 1 3 – 8 9 9 3

**3** ☐ **Transfer ALL Shares** (all book-entry shares and any certificated shares submitted)
If this box is checked, do not complete sections 4, 5 and 6.
IMPORTANT:
The original certificate(s) must be submitted for shares that are held in Certificated form.

**PARTIAL TRANSFER:**

**4** DRS Book-Entry Shares (number of whole shares to transfer): 2 5 0 0 0 0

**5** Certificated Shares (number of whole shares to transfer):

**6** Investment Plan Book-Entry Shares (number of whole and/or fractional shares to transfer, if applicable):

**7** ☐ **Check Replacements:** Check this box to have uncashed checks in the account reissued in the original issued name.

**8** **Authorized Signatures** — This section must be signed and stamped for your transfer to be executed.

The undersigned does (do) hereby irrevocably constitute and appoint Computershare as attorney to transfer the said stock, as the case may be, on the books of said Company, with full power of substitution in the premises.

The signature(s) below on this Transfer Request form must correspond exactly with the name(s) as shown upon the face of the stock certificate or a Computershare-issued statement for book-entry shares, without alteration or enlargement or any change whatever. The below must be signed by all current registered holders, or a legally authorized representative with indication of his or her capacity next to the signature.

NOTE: Signature(s) must be stamped with a Medallion Signature Guarantee by a qualified financial institution, such as a commercial bank, savings bank, savings and loan, US stockbroker and security dealer, or credit union, that is participating in an approved Medallion Signature Guarantee Program (A NOTARY SEAL IS NOT ACCEPTABLE).

**Required ▶ Medallion Guarantee Stamp**
(Notary Seal Is Not Acceptable)

Affix the medallion stamp below OR if your total account value is under $10,000, and you live in the United States, you may be eligible to utilize the Medallion Waiver option. See the cover letter for further details and instead use this box to record the check number you will be enclosing in non-refundable payment of the Medallion Waiver option, along with a copy of a government issued photo ID if electing the option not to provide a Medallion Signature Guarantee stamp.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
CARL S. KARMIN, P.A.
Carl S. Karmin, P.A.
(002) AUTHORIZED SIGNATURE D9015087
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

Signature of All Current Holders or Legal Representatives

Date (mm / dd / yyyy): 0 7 / 0 2 / 2 0 2 0

**IMPORTANT ▶ You must complete both sides of this form for it to be valid.**

Computershare

# Transfer Request — See enclosed instructions

**PLEASE PRINT CLEARLY**

## NEW HOLDER / RECIPIENT INFORMATION

• Please complete for each new holder   • Use additional pages as necessary

**9 Account Type** (mark only one box with an "X"):

☐ Individual (complete A, B, C, G & H)
☐ Custodial with Minor (complete A, B, C, D, G & H)
☐ Transfer on Death (complete A, B, C, D, G & H)
☐ Joint (complete A, B, C, D, G & H)
☐ Estate (complete A, B, C, E, G & H)
☐ Trustee/Trust (complete A-H)
☒ Other (indicate type and complete A, B, C, D, G & H)  Corporation

**A** New Holder's Existing Account Number (if applicable)
C 0 0 0 0 0 0 0 1 1 6

**B** *Social Security Number (SSN) or Employer Identification Number (EIN)
2 7 3 0 2 4 1 7 7
(do not use hyphens)
SSN ☐   EIN ☒
(check one box above)

**C** Name (First, MI, Last) - Individual / Custodian / Trustee / Executor / Other
3 1 5   E A S T   D E A N   A S S O C I A T E S   I N C

**D** Name (First, MI, Last) - Joint Holder / Minor / Co-Trustee / TOD Beneficiary / Other (if applicable)

**E** Trust / Estate Name (if applicable)

Trust / Estate Name - continued

**F** Date of Trust (mm / dd / yyyy) (if applicable)
/ /

**G** Address Number and Street Name / PO Box
1 5 0   E A S T   5 8 T H   S T
Apt. / Unit Number
F L 2 2

**H** City
N E W   Y O R K
State
N Y
Zip Code
1 0 1 5 5

**10 Purpose for Transfer/Cost Basis Data**
Please check off the applicable purpose of the transfer for shares acquired after 12/31/10. If this section is not fully completed, all transfers will be treated as Gifts, unless we receive documentation that this is a decedent transfer (i.e. Affidavit of Domicile) in which case the transfer will be treated as an Inheritance. We recommend that you consult with your tax advisor regarding the tax implications for each type of transfer.
Please check ONLY ONE box. If you check more than one box your transfer will be treated as if you had not made any selection. Please see section 10 of How to Complete the Transfer Request Form for further details.

☒ Private Sale   Date of Sale: 05.26.2020     Cost Per Share: 1 US Dollars
☐ Gift           Date of Gift: _____
☐ Inheritance    Date of Death: _____  Value Per Share: 1 US Dollars
                 (if blank we will default to the effective date of the transfer.)
☐ No Change of Ownership (please specify) _____

Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

315 EAST DEAN ASSOCIATES INC

Name
150 EAST 58TH STREET, FLOOR 22
Address
NEW YORK, NY 10155
City, State, Zip

Holder Account Number

C0000000116

Company Name

ASPEN DIGITAL INC.

Use black ink. Print in CAPITAL letters inside the grey areas as shown in this example. | A B C | 1 2 3 | X |

# Form W-9 Request for Taxpayer Identification Number and Certification

Dear Shareholder:
Our records indicate that your U.S. Social Security Number or Employer Identification Number is not certified. If this Form W-9 is not completed and returned, your account may be subject to backup withholding at the applicable tax rate on all dividends and sale proceeds.
For joint tenant accounts, the TIN provided must belong to the first owner listed above to avoid backup withholding.

## A Taxpayer Identification Number (TIN)

Enter your TIN for the above registered name and address in the appropriate box. For individuals, this is your Social Security number (SSN). For other entities, it is your Employer Identification Number (EIN). COMPLETE ONLY ONE BOX.

Social Security Number: [ ]

OR

Employer Identification Number: 27 3024177

## B Federal Tax Classification

Check appropriate box (required); check only ONE of the following boxes:

- [ ] Individual/Sole Proprietor or Single-Member LLC
- [✓] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/Estate

Note: For a single-member LLC that is disregarded, check the appropriate box above for the tax classification of the single-member owner.

**Limited Liability Company or Other Classification**
If you are an LLC or Other Classification, do not complete this form. You must complete an IRS Form W-9. This form can be found on the IRS website at www.irs.gov. See "Limited Liability Company or Other Classification" on the back of this form for more information.

## C Exempt Payee Code (if any)

0 5 — If you are exempt from backup withholding, enter in the Exemptions box, any code that may apply to you. See Exempt payee codes on the back of this form.

**Exemption from FATCA reporting code (if any)**
**Not Applicable**
(Applies to accounts maintained outside the U.S.)

## D Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined on reverse).
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (defined on reverse).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
This form must be signed and dated for us to accept as proper certification.

**Sign Here** ➡

Signature of U.S. Person - Please keep signature within the box: [ ]

Date (mm/dd/yyyy): 06 / 03 / 2020

Daytime Telephone Number: 970 987 4575

Send form to Computershare. Do not send to the IRS.

Securitize, Inc.

**Computershare**
Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

**Name of Current Account Holder**
655 Montgomery Street, FL7

**Address**
San Francisco, CA 94111

**City, State, Zip**

**Current Holder Account Number**
C0000000256

**Company Name**
Aspen Digital Inc.

## Transfer Request — See enclosed instructions

PLEASE PRINT CLEARLY

**CURRENT HOLDER INFORMATION**
**Shares to be Transferred**
PLEASE NOTE: Whole shares cannot be divided into fractional shares.

**2** Daytime Telephone Number
4 1 5 - 4 1 3 - 8 9 9 3

**1** ☐ **Legal Name Change** (for ownership changes please complete this form in its entirety. If the account is in your name only and a legal name change occurred, check box 1 and consult instructions included with this package for required fields)

**3** ☐ **Transfer ALL Shares** (all book-entry shares and any certificated shares submitted)
If this box is checked, do not complete sections 4, 5 and 6.
**IMPORTANT:**
The original certificate(s) must be submitted for shares that are held in Certificated form.

**PARTIAL TRANSFER:**

**4** **DRS Book-Entry Shares** (number of whole shares to transfer)
2 5 0 0 0 0

**5** **Certificated Shares** (number of whole shares to transfer)

**6** **Investment Plan Book-Entry Shares** (number of whole and/or fractional shares to transfer, if applicable)

**7** ☐ **Check Replacements:** Check this box to have uncashed checks in the account reissued in the original issued name.

**8 Authorized Signatures** — This section must be signed and stamped for your transfer to be executed.

The undersigned does (do) hereby irrevocably constitute and appoint Computershare as attorney to transfer the said stock, as the case may be, on the books of said Company, with full power of substitution in the premises.

The signature(s) below on this Transfer Request form must correspond exactly with the name(s) as shown upon the face of the stock certificate or a Computershare-issued statement for book-entry shares, without alteration or enlargement or any change whatever. The below must be signed by all current registered holders, or a legally authorized representative with indication of his or her capacity next to the signature.

NOTE: Signature(s) must be stamped with a Medallion Signature Guarantee by a qualified financial institution, such as a commercial bank, savings bank, savings and loan, US stockbroker and security dealer, or credit union, that is participating in an approved Medallion Signature Guarantee Program (A NOTARY SEAL IS NOT ACCEPTABLE).

Signature of All Current Holders or Legal Representatives

Required ► **Medallion Guarantee Stamp**
(Notary Seal Is Not Acceptable)

Affix the medallion stamp below OR if your total account value is under $10,000, and you live in the United States, you may be eligible to utilize the Medallion Waiver option. See the cover letter for further details and instead use this box to record the check number you will be enclosing in non-refundable payment of the Medallion Waiver option, along with a copy of a government issued photo ID if electing the option not to provide a Medallion Signature Guarantee stamp.

SIGNATURE GUARANTEE
S.T.A.M.P **MEDALLION GUARANTEED** S.T.A.M.P
CARL S. KARMIN, P.A.
*Carl S. Karmin, P.A.*
( 002 )  AUTHORIZED SIGNATURE
D9015087
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Date (mm / dd / yyyy)
0 7 / 0 2 / 2 0 2 0

**IMPORTANT** ► You must complete both sides of this form for it to be valid.

Computershare

# Transfer Request — See enclosed instructions

**PLEASE PRINT CLEARLY**

## NEW HOLDER / RECIPIENT INFORMATION

- Please complete for each new holder
- Use additional pages as necessary

**9 Account Type** (mark only one box with an "X"):

- [ ] Individual (complete A, B, C, G & H)
- [ ] Custodial with Minor (complete A, B, C, D, G & H)
- [ ] Transfer on Death (complete A, B, C, D, G & H)
- [ ] Joint (complete A, B, C, D, G & H)
- [ ] Estate (complete A, B, C, E, G & H)
- [ ] Trustee/Trust (complete A-H)
- [x] Other (indicate type and complete A, B, C, D, G & H) **Corporation**

**A** New Holder's Existing Account Number (if applicable): `C000000116`

**B** *Social Security Number (SSN) or Employer Identification Number (EIN): `273024177`  (do not use hyphens)
SSN [ ]   EIN [x]   (check one box above)

**C** Name (First, MI, Last) - Individual / Custodian / Trustee / Executor / Other: `315 EAST DEAN ASSOCIATES INC`

**D** Name (First, MI, Last) - Joint Holder / Minor / Co-Trustee / TOD Beneficiary / Other (if applicable):

**E** Trust / Estate Name (if applicable):

Trust / Estate Name - continued:

**F** Date of Trust (mm / dd / yyyy) (if applicable):  __ / __ / ____

**G** Address Number and Street Name / PO Box: `150 EAST 58TH ST`   Apt. / Unit Number: `FL 22`

**H** City: `NEW YORK`   State: `NY`   Zip Code: `10155`

**10 Purpose for Transfer/Cost Basis Data**

Please check off the applicable purpose of the transfer for shares acquired after 12/31/10. If this section is not fully completed, all transfers will be treated as Gifts, unless we receive documentation that this is a decedent transfer (i.e. Affidavit of Domicile) in which case the transfer will be treated as an Inheritance. We recommend that you consult with your tax advisor regarding the tax implications for each type of transfer.

Please check ONLY ONE box. If you check more than one box your transfer will be treated as if you had not made any selection. Please see section 10 of How to Complete the Transfer Request Form for further details.

- [x] Private Sale   Date of Sale: `05.26.2020`   Cost Per Share: `1` US Dollars
- [ ] Gift   Date of Gift: _____
- [ ] Inheritance   Date of Death: _____   Value Per Share: `1` US Dollars
  (If blank we will default to the effective date of the transfer.)
- [ ] No Change of Ownership (please specify): _____

Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

315 EAST DEAN ASSOCIATES INC

Name
150 EAST 58TH STREET, FLOOR 22
Address
NEW YORK, NY 10155
City, State, Zip

Holder Account Number
C0000000116

Company Name
ASPEN DIGITAL INC.

Use black ink. Print in CAPITAL letters inside the grey areas as shown in this example. | A B C | 1 2 3 | X

# Form W-9 Request for Taxpayer Identification Number and Certification

Dear Shareholder:
Our records indicate that your U.S. Social Security Number or Employer Identification Number is not certified. If this Form W-9 is not completed and returned, your account may be subject to backup withholding at the applicable tax rate on all dividends and sale proceeds.
For joint tenant accounts, the TIN provided must belong to the first owner listed above to avoid backup withholding.

## A Taxpayer Identification Number (TIN)

Enter your TIN for the above registered name and address in the appropriate box. For individuals, this is your Social Security number (SSN).
For other entities, it is your Employer Identification Number (EIN). COMPLETE ONLY ONE BOX.

Social Security Number | OR | Employer Identification Number: 2 7 3 0 2 4 1 7 7

## B Federal Tax Classification

Check appropriate box (required); check only ONE of the following boxes:

[ ] Individual/Sole Proprietor or Single-Member LLC
[✓] C Corporation
[ ] S Corporation
[ ] Partnership
[ ] Trust/Estate

Note: For a single-member LLC that is disregarded, check the appropriate box above for the tax classification of the single-member owner.

**Limited Liability Company or Other Classification**
If you are an LLC or Other Classification, do not complete this form. You must complete an IRS Form W-9. This form can be found on the IRS website at www.irs.gov. See "Limited Liability Company or Other Classification" on the back of this form for more information.

## C Exempt Payee Code (if any)

0 5  | If you are exempt from backup withholding, enter in the Exemptions box, any code that may apply to you. See Exempt payee codes on the back of this form.

Exemption from FATCA reporting code (if any)
**Not Applicable**
(Applies to accounts maintained outside the U.S.)

## D Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined on reverse).
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (defined on reverse).
Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
This form must be signed and dated for us to accept as proper certification.

Sign Here | Signature of U.S. Person - Please keep signature within the box | Date (mm/dd/yyyy): 06/03/2020 | Daytime Telephone Number: 970 987 4575

Send form to Computershare. Do not send to the IRS.

**Computershare**

Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

Securitize, Inc.

**Name of Current Account Holder**
655 Montgomery Street, FL7

**Address**
San Francisco, CA 94111

**City, State, Zip**

**Current Holder Account Number**
C0000000256

**Company Name**
Aspen Digital Inc.

## Transfer Request — See enclosed instructions

**PLEASE PRINT CLEARLY**

**CURRENT HOLDER INFORMATION**
**Shares to be Transferred**
PLEASE NOTE: Whole shares cannot be divided into fractional shares.

**1** ☐ **Legal Name Change** (for ownership changes please complete this form in its entirety. If the account is in your name only and a legal name change occurred, check box 1 and consult instructions included with this package for required fields)

**2** Daytime Telephone Number
415-413-8993

**3** ☐ **Transfer ALL Shares** (all book-entry shares and any certificated shares submitted)
If this box is checked, do not complete sections 4, 5 and 6.
IMPORTANT:
The original certificate(s) must be submitted for shares that are held in Certificated form.

**PARTIAL TRANSFER:**

**4** DRS Book-Entry Shares (number of whole shares to transfer)
250000

**5** Certificated Shares (number of whole shares to transfer)

**6** Investment Plan Book-Entry Shares (number of whole and/or fractional shares to transfer, if applicable)

**Required ▶ Medallion Guarantee Stamp**
(Notary Seal Is Not Acceptable)

Affix the medallion stamp below OR if your total account value is under $10,000, and you live in the United States, you may be eligible to utilize the Medallion Waiver option. See the cover letter for further details and instead use this box to record the check number you will be enclosing in non-refundable payment of the Medallion Waiver option, along with a copy of a government issued photo ID if electing the option not to provide a Medallion Signature Guarantee stamp.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
CARL S. KARMIN, P.A.

Carl S. Karmin, P.A.
AUTHORIZED SIGNATURE
D9015087
(002)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

**7** ☐ **Check Replacements:** Check this box to have uncashed checks in the account reissued in the original issued name.

**8 Authorized Signatures —** This section must be signed and stamped for your transfer to be executed.
The undersigned does (do) hereby irrevocably constitute and appoint Computershare as attorney to transfer the said stock, as the case may be, on the books of said Company, with full power of substitution in the premises.

The signature(s) below on this Transfer Request form must correspond exactly with the name(s) as shown upon the face of the stock certificate or a Computershare-issued statement for book-entry shares, without alteration or enlargement or any change whatever. The below must be signed by all current registered holders, or a legally authorized representative with indication of his or her capacity next to the signature.

NOTE: Signature(s) must be stamped with a Medallion Signature Guarantee by a qualified financial institution, such as a commercial bank, savings bank, savings and loan, US stockbroker and security dealer, or credit union, that is participating in an approved Medallion Signature Guarantee Program (A NOTARY SEAL IS NOT ACCEPTABLE).

Signature of All Current Holders or Legal Representatives

DocuSigned by:
*[signature]*
A79A994BB3B247F...

Date (mm / dd / yyyy)
07 / 02 / 2020

**IMPORTANT ▶** You must complete both sides of this form for it to be valid.

**Computershare**

# Transfer Request — See enclosed instructions

**PLEASE PRINT CLEARLY**

## NEW HOLDER / RECIPIENT INFORMATION

- Please complete for each new holder
- Use additional pages as necessary

**9 Account Type** (mark only <u>one</u> box with an "X"):

- [ ] Individual (complete A, B, C, G & H)
- [ ] Custodial with Minor (complete A, B, C, D, G & H)
- [ ] Transfer on Death (complete A, B, C, D, G & H)
- [ ] Joint (complete A, B, C, D, G & H)
- [ ] Estate (complete A, B, C, E, G & H)
- [ ] Trustee/Trust (complete A-H)
- [x] Other (indicate type and complete A, B, C, D, G & H)  **Corporation**

**A** New Holder's Existing Account Number (if applicable): `C 0 0 0 0 0 0 0 1 1 6`

**B** *Social Security Number (SSN) or Employer Identification Number (EIN): `2 7 3 0 2 4 1 7 7`  (do not use hyphens)
SSN [ ]   EIN [x]  (check one box above)

**C** Name (First, MI, Last) - Individual / Custodian / Trustee / Executor / Other: `315 EAST DEAN ASSOCIATES INC`

**D** Name (First, MI, Last) - Joint Holder / Minor / Co-Trustee / TOD Beneficiary / Other (if applicable):

**E** Trust / Estate Name (if applicable):

Trust / Estate Name - *continued*

**F** Date of Trust (mm / dd / yyyy) (if applicable): `/ /`

**G** Address Number and Street Name / PO Box: `150 EAST 58TH ST`    Apt. / Unit Number: `FL 22`

**H** City: `NEW YORK`   State: `NY`   Zip Code: `10155`

**10 Purpose for Transfer/Cost Basis Data**
Please check off the applicable purpose of the transfer for shares acquired after 12/31/10. If this section is not fully completed, all transfers will be treated as Gifts, unless we receive documentation that this is a decedent transfer (i.e. Affidavit of Domicile) in which case the transfer will be treated as an Inheritance. We recommend that you consult with your tax advisor regarding the tax implications for each type of transfer.
Please check ONLY ONE box. If you check more than one box your transfer will be treated as if you had not made any selection. Please see section 10 of How to Complete the Transfer Request Form for further details.

- [x] Private Sale   Date of Sale: `05.26.2020`   Cost Per Share: `1` US Dollars
- [ ] Gift   Date of Gift: _____
- [ ] Inheritance   Date of Death: _____   Value Per Share: `1` US Dollars
  (If blank we will default to the effective date of the transfer.)
- [ ] No Change of Ownership *(please specify)* _____

Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

315 EAST DEAN ASSOCIATES INC

Name
150 EAST 58TH STREET, FLOOR 22
Address
NEW YORK, NY 10155
City, State, Zip

Holder Account Number
C0000000116

Company Name
ASPEN DIGITAL INC

Use **black** ink. Print in CAPITAL letters inside the grey areas as shown in this example.  `A B C`  `1 2 3`  `X`

# Form W-9 Request for Taxpayer Identification Number and Certification

Dear Shareholder:
Our records indicate that your U.S. Social Security Number or Employer Identification Number is not certified. If this Form W-9 is not completed and returned, your account may be subject to backup withholding at the applicable tax rate on all dividends and sale proceeds.
For joint tenant accounts, the TIN provided must belong to the first owner listed above to avoid backup withholding.

## A Taxpayer Identification Number (TIN)

Enter your TIN for the above registered name and address in the appropriate box. For individuals, this is your Social Security number (SSN).
For other entities, it is your Employer Identification Number (EIN). COMPLETE ONLY ONE BOX.

Social Security Number       OR       Employer Identification Number
                                      2 7 3 0 2 4 1 7 7

## B Federal Tax Classification

Check appropriate box (required); check only **ONE** of the following boxes:

☐ Individual/Sole Proprietor or Single-Member LLC
☑ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/Estate

Note: For a single-member LLC that is disregarded, check the appropriate box above for the tax classification of the single-member owner.

**Limited Liability Company or Other Classification**
If you are an LLC or Other Classification, do not complete this form. You must complete an IRS Form W-9. This form can be found on the IRS website at www.irs.gov. See "Limited Liability Company or Other Classification" on the back of this form for more information.

## C Exempt Payee Code (if any)

0 5    If you are exempt from backup withholding, enter in the Exemptions box, any code that may apply to you.
       See Exempt payee codes on the back of this form.

Exemption from FATCA reporting code (if any)
**Not Applicable**
(Applies to accounts maintained outside the U.S.)

## D Certification

Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined on reverse).
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (defined on reverse).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
This form must be signed and dated for us to accept as proper certification.

**Sign Here** →  Signature of U.S. Person - Please keep signature within the box    Date (mm/dd/yyyy) 06/03/2020    Daytime Telephone Number 970 987 4575

Send form to Computershare. Do not send to the IRS.

Computershare
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

Securitize, Inc.

**Name of Current Account Holder**
655 Montgomery Street, FL7
**Address**
San Francisco, CA 94111
**City, State, Zip**

Current Holder Account Number
C0000000256

Company Name
Aspen Digital Inc.

## Transfer Request — See enclosed instructions

PLEASE PRINT CLEARLY

**CURRENT HOLDER INFORMATION**
**Shares to be Transferred**
PLEASE NOTE: Whole shares cannot be divided into fractional shares.

**2** Daytime Telephone Number
4 1 5 - 4 1 3 - 8 9 9 3

**PARTIAL TRANSFER:**

**1** Legal Name Change (for ownership changes please complete this form in its entirety. If the account is in your name only and a legal name change occurred, check box 1 and consult instructions included with this package for required fields)

**3** Transfer ALL Shares (all book-entry shares and any certificated shares submitted)
If this box is checked, do not complete sections 4, 5 and 6.
IMPORTANT:
The original certificate(s) must be submitted for shares that are held in Certificated form.

**4** DRS Book-Entry Shares (number of whole shares to transfer)
2 5 0 0 0 0

**5** Certificated Shares (number of whole shares to transfer)

**6** Investment Plan Book-Entry Shares (number of whole and/or fractional shares to transfer, if applicable)

**7** Check Replacements: Check this box to have uncashed checks in the account reissued in the original issued name.

**8** Authorized Signatures — This section must be signed and stamped for your transfer to be executed.

The undersigned does (do) hereby irrevocably constitute and appoint Computershare as attorney to transfer the said stock, as the case may be, on the books of said Company, with full power of substitution in the premises.

The signature(s) below on this Transfer Request form must correspond exactly with the name(s) as shown upon the face of the stock certificate or a Computershare-issued statement for book-entry shares, without alteration or enlargement or any change whatever. The below must be signed by all current registered holders, or a legally authorized representative with indication of his or her capacity next to the signature.

NOTE: Signature(s) must be stamped with a Medallion Signature Guarantee by a qualified financial institution, such as a commercial bank, savings bank, savings and loan, US stockbroker and security dealer, or credit union, that is participating in an approved Medallion Signature Guarantee Program (A NOTARY SEAL IS NOT ACCEPTABLE).

Required ► Medallion Guarantee Stamp
(Notary Seal Is Not Acceptable)

Affix the medallion stamp below OR if your total account value is under $10,000, and you live in the United States, you may be eligible to utilize the Medallion Waiver option. See the cover letter for further details and instead use this box to record the check number you will be enclosing in non-refundable payment of the Medallion Waiver option, along with a copy of a government issued photo ID if electing the option not to provide a Medallion Signature Guarantee stamp.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED STAMP
CARL S. KARMIN, P.A.
Carl S. Karmin, P.A.
AUTHORIZED SIGNATURE
(002)   D9015087
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Signature of All Current Holders or Legal Representatives

DocuSigned by:
[signature]
A79A994BB3B247F...

Date (mm / dd / yyyy)
0 7 / 0 2 / 2 0 2 0

**IMPORTANT ►** You must complete both sides of this form for it to be valid.

Computershare

# Transfer Request — See enclosed instructions

**PLEASE PRINT CLEARLY**

## NEW HOLDER / RECIPIENT INFORMATION

- Please complete for each new holder
- Use additional pages as necessary

**9 Account Type** (mark only **one** box with an "X"):

- [ ] Individual (complete A, B, C, G & H)
- [ ] Custodial with Minor (complete A, B, C, D, G & H)
- [ ] Transfer on Death (complete A, B, C, D, G & H)
- [ ] Joint (complete A, B, C, D, G & H)
- [ ] Estate (complete A, B, C, E, G & H)
- [ ] Trustee/Trust (complete A-H)
- [x] Other (indicate type and complete A, B, C, D, G & H) **Corporation**

**A** New Holder's Existing Account Number (if applicable): `C 0 0 0 0 0 0 0 1 1 6`

**B** *Social Security Number (SSN) or Employer Identification Number (EIN) (do not use hyphens): `2 7 3 0 2 4 1 7 7`  SSN [ ]  EIN [x] (check one box above)

**C** Name (First, MI, Last) - Individual / Custodian / Trustee / Executor / Other: `315 EAST DEAN ASSOCIATES INC`

**D** Name (First, MI, Last) - Joint Holder / Minor / Co-Trustee / TOD Beneficiary / Other (if applicable):

**E** Trust / Estate Name (if applicable):

Trust / Estate Name - continued:

**F** Date of Trust (mm / dd / yyyy) (if applicable): ` / / `

**G** Address Number and Street Name / PO Box: `150 EAST 58TH ST`  Apt. / Unit Number: `FL 22`

**H** City: `NEW YORK`  State: `NY`  Zip Code: `10155`

**10 Purpose for Transfer/Cost Basis Data**

Please check off the applicable purpose of the transfer for shares acquired after 12/31/10. If this section is not fully completed, all transfers will be treated as Gifts, unless we receive documentation that this is a decedent transfer (i.e. Affidavit of Domicile) in which case the transfer will be treated as an inheritance. We recommend that you consult with your tax advisor regarding the tax implications for each type of transfer.

Please check ONLY ONE box. If you check more than one box your transfer will be treated as if you had not made any selection. Please see section 10 of How to Complete the Transfer Request Form for further details.

- [x] Private Sale    Date of Sale: 05.26.2020    Cost Per Share: 1 US Dollars
- [ ] Gift    Date of Gift: _____
- [ ] Inheritance    Date of Death: _____    Value Per Share: 1 US Dollars
  (If blank we will default to the effective date of the transfer.)
- [ ] No Change of Ownership (please specify) _____

**Computershare**
PO Box 43078
Providence, RI 02940-3078
www.computershare.com/investor

315 EAST DEAN ASSOCIATES INC

Name: 150 EAST 58TH STREET, FLOOR 22
Address:
City, State, Zip: NEW YORK, NY 10155

Holder Account Number
C0000000116

Company Name
.ASPEN DIGITAL INC.

Use black ink. Print in CAPITAL letters inside the grey areas as shown in this example. | A B C | 1 2 3 | X |

# Form W-9 Request for Taxpayer Identification Number and Certification

Dear Shareholder:
Our records indicate that your U.S. Social Security Number or Employer Identification Number is not certified. If this Form W-9 is not completed and returned, your account may be subject to backup withholding at the applicable tax rate on all dividends and sale proceeds.
For joint tenant accounts, the TIN provided must belong to the first owner listed above to avoid backup withholding.

## A Taxpayer Identification Number (TIN)
Enter your TIN for the above registered name and address in the appropriate box. For individuals, this is your Social Security number (SSN).
For other entities, it is your Employer Identification Number (EIN). COMPLETE ONLY ONE BOX.

Social Security Number: [blank]
OR
Employer Identification Number: 2 7 3 0 2 4 1 7 7

## B Federal Tax Classification
Check appropriate box (required); check only ONE of the following boxes:
- [ ] Individual/Sole Proprietor or Single-Member LLC
- [✓] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/Estate

Note: For a single-member LLC that is disregarded, check the appropriate box above for the tax classification of the single-member owner.

**Limited Liability Company or Other Classification**
If you are an LLC or Other Classification, do not complete this form. You must complete an IRS Form W-9. This form can be found on the IRS website at www.irs.gov. See "Limited Liability Company or Other Classification" on the back of this form for more information.

## C Exempt Payee Code (if any)
0 5
If you are exempt from backup withholding, enter in the Exemptions box, any code that may apply to you. See Exempt payee codes on the back of this form.

Exemption from FATCA reporting code (if any)
**Not Applicable**
(Applies to accounts maintained outside the U.S.)

## D Certification
Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined on reverse).
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (defined on reverse).
Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
This form must be signed and dated for us to accept as proper certification.

**Sign Here** → Signature of U.S. Person - Please keep signature within the box

Date (mm/dd/yyyy): 06 / 03 / 2020

Daytime Telephone Number: 9 7 0 9 8 7 4 5 7 5

Send form to Computershare. Do not send to the IRS.