IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:  24-cv-01950-CNS**

JASON KIRSCHENBAUM

  Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., and ASPEN DIGITAL, INC.

  Defendants.

---

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

---

Defendants Stephane De Baets ("Baets"), Elevated Returns, LLC ("ER"), 315 East Dean Associates, Inc. ("315"), and Aspen Digital, Inc. ("Aspen Digital") (collectively "Defendants"), hereby respectfully submit this unopposed motion for enlargement of time ("Unopposed Motion"), up to and including October 2, 2024, to submit a response to Plaintiff Jason Kirschenbaum's ("Plaintiff") Complaint. Defendants state as follows:

### I.  CERTIFICATE OF CONFERRAL

Undersigned counsel hereby certifies that, pursuant to D.C.COLO.LCivR 7.1(a), conferral with Plaintiff's counsel occurred on August 22, 2024. Plaintiff's counsel later informed the undersigned that Plaintiff does not object to the relief that Defendants seek herein. Therefore, this motion is **<u>unopposed.</u>**

3068365.1

## II.  UNOPPOSED MOTION FOR ENLARGEMENT

Plaintiff initiated this lawsuit by filing his Complaint with the Court on July 15, 2024. Plaintiff has since served or attempted to serve Defendants with process on various dates. Specifically, 315 was served on August 7, 2024; Aspen Digital was served on August 12, 2024; and counsel for Baets and ER anticipates waiving and accepting service for Baets and ER on August 26, 2024; and. Thus, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) & (ii), the deadlines for Defendants to respond to the Complaint range from August 28, 2024 to October 25, 2024.

Therefore, Defendants, who are all represented by the undersigned, request an enlargement of time up to file their responses to the Complaint in order to consolidate answer deadlines and provide for a streamlined pleading process. Specifically, Defendants request an enlargement up to and including October 2, 2024. In addition to establishing a single deadline for all Defendants to file a response to the Complaint, Counsel for Defendants was only recently retained in this matter and needs the additional time to discuss the facts with his clients before filing a response to the Complaint.

Defendants' reason for making this request for an enlargement constitutes good cause under Fed. R. Civ. P. 6(b), as the request is intended to serve the interests of judicial economy as well as to preserve the parties' financial resources. Defendants have not requested any prior enlargements of time in this matter. No party will be prejudiced by the requested enlargement of time, as evidenced by the agreement of the parties to the relief Defendants seek in this Unopposed Motion. Undersigned counsel certifies that D.C.COLO.LCivR 6.1(b)-(c) has been complied with.

WHEREFORE, in light of the foregoing, Defendants respectfully request this honorable Court to find good cause for an enlargement of time, by which time Defendants shall file a response

to the Complaint and, therefore, to grant this Unopposed Motion requiring Defendants to file a response to the Complaint by October 2, 2024, and for any further relief that the Court deems just and proper.

DATED this 26th day of August, 2024.

Respectfully submitted,

*/s/ Christopher D. Bryan*
Christopher D. Bryan
GARFIELD & HECHT, P.C.
625 East Hyman Avenue, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-1936
Fax: (970) 925-3008
E-mail: cbryan@garfieldhecht.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of August, 2024, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** was filed with the Court via CM/ECF and served via E-mail upon the following:

Benjamin W. Hudgens
RICHARDS CARRINGTON, LLC
1444 Blake Street
Denver, Colorado 80202

                                                  */s/Rebekah Ortell*
                                                  Rebekah Ortell