IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-01950-CNS**

JASON KIRSCHENBAUM

Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., and ASPEN DIGITAL, INC.

Defendants.

---

**NOTICE OF RELATED CASE**

---

COMES NOW Defendants Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc and Aspen Digital, Inc. (collectively "Defendants"), by and through their attorneys, Garfield & Hecht, P.C., respectfully submit the following Notice of Related Case pursuant D.C.COLO.LCivR 3.2.

Defendants state that on or around June 5, 2019, a civil action styled as *Jason Kirschenbaum v. Stephane De Baets, et al.* was filed in the Supreme Court of the New York County of New York, as Index No. 653287/2019 against the above-captioned Defendants.

DATED this 26th day of August, 2024.

Respectfully submitted,

*/s/ Christopher D. Bryan*
Christopher D. Bryan
GARFIELD & HECHT, P.C.
625 East Hyman Avenue, Suite 201

Aspen, Colorado 81611
Telephone: (970) 925-1936
Fax: (970) 925-3008
E-mail: cbryan@garfieldhecht.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2024, a true and correct copy of the foregoing **NOTICE OF RELATED CASE** was filed with the Court via CM/ECF and served via E-mail upon the following:

Benjamin W. Hudgens
RICHARDS CARRINGTON, LLC
1444 Blake Street
Denver, Colorado 80202

*/s/Rebekah Ortell*
Rebekah Ortell