IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  24-cv-01950-CNS

JASON KIRSCHENBAUM

      Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., and ASPEN DIGITAL, INC.

      Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

Pursuant to D.C.COLO.LAttyR 5(a)(1), Macklin Henderson of Garfield & Hecht, P.C. hereby enters his appearance in the above-referenced civil action on behalf of Defendants Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc and Aspen Digital, Inc. By his signature below, Mr. Henderson certifies that he is a member in good standing of the bar of this Court. Mr. Henderson's contact information is as follows:

    Macklin Henderson
    GARFIELD & HECHT, P.C.
    625 East Hyman Avenue, Suite 201
    Aspen, Colorado 81611
    Telephone: (970) 925-1936
    Fax: (970) 925-3008
    E-mail: mhenderson@garfieldhecht.com

    DATED this 26th day of August, 2024.

                                       */s/ Macklin Henderson*
                                       Macklin Henderson

3064580.1

GARFIELD & HECHT, P.C.<br>
625 East Hyman Avenue, Suite 201<br>
Aspen, Colorado 81611<br>
Telephone: (970) 925-1936<br>
Fax: (970) 925-3008<br>
E-mail: mhenderson@garfieldhecht.com<br>
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed with the Court via CM/ECF and served via E-mail upon the following:

Benjamin W. Hudgens
RICHARDS CARRINGTON, LLC
1444 Blake Street
Denver, Colorado 80202

*/s/Rebekah Ortell*
Rebekah Ortell