**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01950-CNS-KAS

JASON KIRSCHENBAUM,

      Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES,
INC. and ASPEN DIGITAL, INC.

      Defendants.

---

**WAIVER OF THE SERVICE OF SUMMONS**

---

      To: Benjamin W. Hudgens, counsel for Plaintiff Jason Kirschenbaum

      I have received your request to waive service of a summons in this action along with a
copy of the complaint, two copies of the waiver form, and a prepaid means of returning one
signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint
in this case.

      I understand that I , or the entity I represent, will keep all defenses or objections to the
lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to
the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or  a
motion under Rule 12 on or before October 2, 2024, pursuant to agreement of counsel. If I fail to
do so, a default judgement will be entered against me or the entity I represent.

Dated this 26th day of August, 2024.   *s/ Macklin Henderson*
                                        Signature of the attorney or unrepresented party

Elevated Returns, LLC                   Macklin Henderson
Printed name of party waiving           Garfield & Hecht, P.C.
service of summons                      625 E. Hyman Ave., Suite 201
                                        Phone: 970-925-1936
                                        Email: cbryan@garfieldhecht.com

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.