IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01950-CNS-KAS

JASON KIRSCHENBAUM,

    Plaintiff,

v.

STEPHANE DE BAETS,
ELEVATE RETURNS, LLC,
315 EAST DEAN ASSOCIATES, INC., and
ASPEN DIGITAL, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Unopposed Motion for Enlargement of Time to Respond to Complaint** [#9] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**. The deadline for all Defendants to answer or otherwise respond to the operative complaint is **October 2, 2024**.

    Dated: August 27, 2024