IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-01950-CNS**

JASON KIRSCHENBAUM

    Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., and ASPEN DIGITAL, INC.

    Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

---

The Court, having reviewed the Motion to Dismiss ("Motion") filed by Defendants Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., and Aspen Digital, Inc. (collectively "Defendants"), the Court file, and otherwise being advised in the premises, does hereby order as follows:

Defendants' Motion is hereby GRANTED. Plaintiff's Complaint and each claim for relief therein against Defendants is dismissed with prejudice.

SO ORDERED this __ day of _____, 2024.

                                                                                             Judge Charlotte N. Sweeney

3088065.1