# EXHIBIT 1

# ER GLOBAL STRUCTURE

