# EXHIBIT 3

Message

| | |
|---|---|
| **From**: | Carpenter, David A. [DACarpenter@mayerbrown.com] |
| **Sent**: | 10/10/2016 3:51:52 PM |
| **To**: | Stephane DeBaets [stephane@chefsclub.com]; Galia Antebi [antebi@ruchelaw.com]; jason kirschenbaum [jason.kirschenbaum83@gmail.com] |
| **Subject**: | RE: ER-REITS |

Stephane,

Is the expectation that Mike will support efforts to take Sunset REIT public up to the completion of its IPO (and prior to his appointment as CFO)? If so, is there any compensation for that interim work (or is his appointment as CFO and his equity ownership of ER-REIT his compensation for those efforts).

I assume that ER REIT would provide administrative services to Sunset REIT and the second (and perhaps other) single asset REITs that are expected to be taken public. Can you confirm.

```
David A. Carpenter
+1-212-506-2195 (NY Office)
+1-312-701-8432 (Chicago Office)
```

---

**From:** Stephane DeBaets [mailto:stephane@chefsclub.com]
**Sent:** Monday, October 10, 2016 10:17 AM
**To:** Galia Antebi; Carpenter, David A.; jason kirschenbaum
**Subject:** ER-REITS

Dear David,

Can you please draft a quick engagement letter for Mike Wirth as CFO of ER-REITS (to be created by Galia)

ER-REITS ownership
ER MERRYWAY 40% -(through the same structure as ER Food)
ER 20%
Jason 20%
Mike Wirth 20%


The contract with Mike will be effective upon successful IPO of Sunset REIT

His first salary will be 150K for 30% of his tike until second IPO is completed , then 100% of his time for 300k .

His function should be the one of a CFO including —Signing the account and SEC compliance

thanks


_____


This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

CONFIDENTIAL                                                                                                                               PL0020056