# EXHIBIT 4

```
<SEC-DOCUMENT>0001104659-18-023719.txt : 20180412
<SEC-HEADER>0001104659-18-023719.hdr.sgml : 20180412
<ACCEPTANCE-DATETIME>20180412161721
ACCESSION NUMBER:		0001104659-18-023719
CONFORMED SUBMISSION TYPE:	1-A-W
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		20180412
DATE AS OF CHANGE:		20180412

FILER:

	COMPANY DATA:	
		COMPANY CONFORMED NAME:			Aspen REIT, Inc.
		CENTRAL INDEX KEY:			0001694997
		STANDARD INDUSTRIAL CLASSIFICATION:	REAL ESTATE INVESTMENT TRUSTS [6798]
		IRS NUMBER:				814842839
		STATE OF INCORPORATION:			MD
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		1-A-W
		SEC ACT:		1933 Act
		SEC FILE NUMBER:	024-10762
		FILM NUMBER:		18752280

	BUSINESS ADDRESS:	
		STREET 1:		96 SPRING STREET
		STREET 2:		6TH FLOOR
		CITY:			NEW YORK
		STATE:			NY
		ZIP:			10012
		BUSINESS PHONE:		(646) 780-5451

	MAIL ADDRESS:	
		STREET 1:		96 SPRING STREET
		STREET 2:		6TH FLOOR
		CITY:			NEW YORK
		STATE:			NY
		ZIP:			10012

	FORMER COMPANY:	
		FORMER CONFORMED NAME:	Sunset Tower REIT, Inc.
		DATE OF NAME CHANGE:	20170118
</SEC-HEADER>
<DOCUMENT>
<TYPE>1-A-W
<SEQUENCE>1
<FILENAME>a18-9978_11aw.htm
<DESCRIPTION>CORRESP
<TEXT>


<html>
<head>


  </head>
<body link=blue lang="EN-US">
<div style="font-family:Times New Roman;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-size:10.0pt;"> </font></p>
<p align="right" style="margin:0in 0in .0001pt;text-align:right;"><i><u><font size="2" face="Times New Roman" style="font-size:10.0pt;font-style:italic;">Via EDGAR</font></u></i></p>
```

```
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p align="center" style="margin:0in 0in .0001pt;text-align:center;"><b><font size="2" face="Times New
      Roman" style="font-size:10.0pt;font-weight:bold;">Aspen REIT, Inc.</font></b></p>
      <p align="center" style="font-size:10.0pt;margin:0in 0in .0001pt;text-align:center;"><b><font
      size="2" face="Times New Roman" style="font-size:10.0pt;font-weight:bold;">96 Spring Street, 6</font>
      </b><b><font size="1" style="font-size:6.5pt;font-
      weight:bold;position:relative;top:-3.0pt;">th</font> Floor</b></p>
      <p align="center" style="margin:0in 0in .0001pt;text-align:center;"><b><font size="2" face="Times New
      Roman" style="font-size:10.0pt;font-weight:bold;">New York, NY 10012</font></b></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">April 12, 2018</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Coy Garrison</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Rahul Patel</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">United States Securities and Exchange Commission</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Division of Corporation Finance</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">100 F Street, N.E.</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Washington, D.C.  20549</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="font-size:10.0pt;margin:0in 0in .0001pt 1.0in;text-indent:-.5in;"><b><font size="2"
      face="Times New Roman" style="font-size:10.0pt;font-weight:bold;">Re:</font></b><font size="1"
      style="font-
      size:3.0pt;">              &#16
      0;              </font><b>Aspen
      REIT, Inc.</b></p>
      <p style="margin:0in 0in .0001pt 1.0in;"><b><font size="2" face="Times New Roman" style="font-
      size:10.0pt;font-weight:bold;">Withdrawal of Offering Statement on Form 1-A (File No. 024-
      10762)</font></b></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Dear Messrs. Garrison and Patel:</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Pursuant to Rule 259 of Regulation A promulgated pursuant to the Securities Act of
      1933, as amended, Aspen REIT, Inc. (the &#147;Company&#148;) respectfully requests the
      withdrawal of its Offering Statement on Form 1-A (File No. 024-10762), together with all
      amendments and exhibits thereto (collectively, the &#147;Offering Statement&#148;), first filed with
      the Securities and Exchange Commission (the &#147;Commission&#148;) on November 13, 2017 and
      qualified by the Commission on January 23, 2018, and requalified on February 15, 2018
      following the filing of two post-qualification amendments.</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">The Company is requesting the consent of the Commission to the withdrawal of the
      Offering Statement because the Company has decided not to proceed with the offering covered by the
      Offering Statement at this time. No securities that are the subject of the Offering Statement have
      been sold.</font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;"> </font></p>
      <p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
      size:10.0pt;">Accordingly, the Company respectfully requests that the Commission issue an order
      granting the withdrawal of the Offering Statement effective as of the date hereof or at the earliest
```

```
practicable date hereafter.</font></p>
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;"> </font></p>
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;">Sincerely,</font></p>
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;"> </font></p>
<table border="0" cellspacing="0" cellpadding="0" width="100%" style="border-collapse:collapse;">
<tr>
<td width="50%" colspan="2" valign="top" style="padding:0in 0in 0in 0in;width:50.0%;">
<p style="margin:0in 0in .0001pt 10.0pt;text-indent:-10.0pt;"><font size="2" face="Times New Roman"
style="font-size:10.0pt;">Aspen   REIT, Inc.</font></p>    </td>
<td width="50%" valign="top" style="padding:0in 0in 0in 0in;width:50.0%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:1.0pt;"> </font></p>    </td>   </tr>
<tr>
<td width="6%" valign="top" style="padding:0in 0in 0in 0in;width:6.66%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;"> </font></p>    </td>
<td width="43%" valign="top" style="padding:0in 0in 0in 0in;width:43.34%;">
<p style="margin:0in 0in .0001pt;"><i><font size="2" face="Times New Roman" style="font-
size:10.0pt;font-style:italic;"> </font></i></p>    </td>
<td width="50%" valign="top" style="padding:0in 0in 0in 0in;width:50.0%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;"> </font></p>    </td>   </tr>
<tr>
<td width="6%" valign="top" style="padding:0in 0in 0in 0in;width:6.66%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:1.0pt;"> </font></p>    </td>
<td width="43%" valign="top" style="border:none;border-bottom:solid windowtext 1.0pt;padding:0in 0in
0in 0in;width:43.34%;">
<p style="margin:0in 0in .0001pt;"><i><font size="2" face="Times New Roman" style="font-
size:10.0pt;font-style:italic;">/s/   Stephane De Baets</font></i></p>    </td>
<td width="50%" valign="top" style="padding:0in 0in 0in 0in;width:50.0%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:1.0pt;"> </font></p>    </td>   </tr>
<tr>
<td width="6%" valign="top" style="padding:0in 0in 0in 0in;width:6.66%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;">Name:</font></p>    </td>
<td width="43%" valign="top" style="padding:0in 0in 0in 0in;width:43.34%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;">Stephane De Baets</font></p>    </td>
<td width="50%" valign="top" style="padding:0in 0in 0in 0in;width:50.0%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:1.0pt;"> </font></p>    </td>   </tr>
<tr>
<td width="6%" valign="top" style="padding:0in 0in 0in 0in;width:6.66%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;">Title:</font></p>    </td>
<td width="43%" valign="top" style="padding:0in 0in 0in 0in;width:43.34%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;">Chief Executive Officer</font></p>    </td>
<td width="50%" valign="top" style="padding:0in 0in 0in 0in;width:50.0%;">
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:1.0pt;"> </font></p>    </td>   </tr>  </table>
<p style="margin:0in 0in .0001pt;"><font size="2" face="Times New Roman" style="font-
size:10.0pt;"> </font></p>
<div style="margin:0in 0in .0001pt;"><hr size="3" width="100%" noshade align="left"
style="color:#010101;"></div>
</div>
<!-- SEQ.=1,FOLIO='',FILE='C:\JMS\109431\18-9978-1\task8831648\9978-1-bg.htm',USER='109431',CD='Apr
12 05:55 2018' -->

</body>
```

```
</html>
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
```