# EXHIBIT 6

# Asher Gulko

| | |
|---|---|
| **From:** | jason kirschenbaum <jason.kirschenbaum83@gmail.com> |
| **Sent:** | Friday, March 20, 2020 1:36 PM |
| **To:** | Asher Gulko |
| **Subject:** | Fwd: sunset |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---------- Forwarded message ---------
From: **Stephane DeBaets** <stephane@chefsclub.com>
Date: Wed, May 24, 2017 at 7:49 AM
Subject: sunset
To: jason kirschenbaum <jason.kirschenbaum83@gmail.com>, Michael Wirth <miwirth@me.com>

Dear Michael, Jason,

We closed Sunset yesterday.  As a show of appreciation for your work I will issue a little play money of USD20k/each . enjoy .

All eyes on Aspen  now

regards

1