# EXHIBIT 7

| | |
|---|---|
| **From:** | Stephane De Baets <Stephane@optasiacapital.com> |
| **Sent:** | Tuesday, April 17, 2018 9:49 AM |
| **To:** | Samuel Deutsch; Jason Kirschenbaum - Elevated Returns |
| **Subject:** | Re: Updated Deck |

Please add jason as co-founder too

Lets also pin down a call about who gets what .
the sooner the better

**From:** "samuel.deutsch@gmail.com" <samuel.deutsch@gmail.com>
**Date:** Tuesday, April 17, 2018 at 9:40 AM
**To:** Jason Kirschenbaum - Elevated Returns <jason@elevatedreturns.com>, Stephane <Stephane@optasiacapital.com>
**Subject:** Fwd: Updated Deck

See attached.

Let's turn our respective comments today in a comprehensive word doc page by page.

Talk shortly, thanks.

---------- Forwarded message ----------
From: **Tess Bjiere**
Date: Tue, Apr 17, 2018 at 1:35 AM
Subject: Updated Deck
To: Samuel Deutsch <samuel.deutsch@gmail.com>

Hi Samuel!

Attached here is the updated deck. A few notes as you review:

- Chart financial pages left as-is until further info and direction provided
- New slides slotted into the deck where called out in the word doc of edits. A few slides from the newest articles are placed in the back for you to move around.

Feel free to edit directly to the deck or send another doc of notes. Thank you!!

T

--

1

Tess

\