# EXHIBIT 8

**From:** Stephane DeBaets <stephane@chefsclub.com>
**Sent:** Monday, September 24, 2018 8:00 AM
**To:** Jason Kirschenbaum - Elevated Returns <jason@elevatedreturns.com>
**Subject:** very insulting

My point was

My position is : I have agreed to a subordination of all my positions of my T loss in Chefs Club (32M) . Against that he delivers Zmico at below Net Assets Value, (discount of USD20m), 1/3 participation in all deals up to USD1bln, deliver a bank in Taiwan , and delivers a pipeline of tokenization of USD3bln .. he owns 60% of ER )( 40% him and the rest is "facilitators)

I don't know anyone who put a better deal on the table …that deal is done and dusted.

So if the deal  don't close, I have lost my 13% in St regis say 18usd and pledge my return to a junior position

I have no choice but to monetize this deal, one way or another .