AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Jason Kirschenbaum <br><br> *Plaintiff(s)* <br> v. <br> Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., Thosapong Jurathavee, Ravipan Jurathavee, ER Global LLC, ER Merry Way LP, and Aspen Digital, Inc. <br> *Defendant(s)* | Civil Action No. 1:24-cv-01950-CNS-KAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ER Merry Way LP
c/o Nationwide Information Services, Inc., Registered Agent
3500 South Dupont Highway
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Asher Gulko
Gulko Schwed LLP
525 Chestnut Street, Ste. 209
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2024

s/ N. Orlin

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Jason Kirschenbaum <br><br> *Plaintiff(s)* <br> v. <br> Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., Thosapong Jurathavee, Ravipan Jurathavee, ER Global LLC, ER Merry Way LP, and Aspen Digital, Inc. <br> *Defendant(s)* | Civil Action No. 1:24-cv-01950-CNS-KAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ER Global LLC
United Corporate Services, Inc., Registered Agent
874 Walker Road, Suite C
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Asher Gulko
Gulko Schwed LLP
525 Chestnut Street, Ste. 209
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2024

s/ N. Orlin

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Jason Kirschenbaum <br><br> *Plaintiff(s)* <br> v. <br> Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., Thosapong Jurathavee, Ravipan Jurathavee, ER Global LLC, ER Merry Way LP, and Aspen Digital, Inc. <br> *Defendant(s)* | Civil Action No. 1:24-cv-01950-CNS-KAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ravipan Juruthavee
    56 Leonard Street
    New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Asher Gulko
Gulko Schwed LLP
525 Chestnut Street, Ste. 209
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2024                                         s/ N. Orlin
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Jason Kirschenbaum<br><br>*Plaintiff(s)*<br>v.<br>Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., Thosapong Jurathavee, Ravipan Jurathavee, ER Global LLC, ER Merry Way LP, and Aspen Digital, Inc.<br>*Defendant(s)* | Civil Action No. 1:24-cv-01950-CNS-KAS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Thosapong Juruthavee
56 Leonard Street
New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Asher Gulko
Gulko Schwed LLP
525 Chestnut Street, Ste. 209
Cedarhurst, NY 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2024



s/ N. Orlin
*Signature of Clerk or Deputy Clerk*