IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-01950-CNS**

JASON KIRSCHENBAUM

    Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., THOSAPONG JURUTHAVEE, RAVIPAN JURUTHAVEE, ER GLOBAL LLC, ER MERRY WAY LP, and ASPEN DIGITAL, INC.

    Defendants.

---

### REPLY DECLARATION OF RICHARD G. MENAKER

---

1. I am a principal of the law firm Offit Kurman, P.A., in New York City and am admitted to practice before this Court. I am personally familiar with the matters set forth herein.

2. I previously made a Declaration (Dkt No. 18-1) in support of the Motion of Defendants Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., ER Merry Way LP, and Aspen Digital, Inc. (together with ER Global, LLC, "Defendants") to Dismiss the Amended Complaint. I now make this Reply Declaration in further support of Defendants' Motion to Dismiss the Amended Complaint. Specifically, I am submitting this Declaration to provide additional background concerning an issue raised in Plaintiff's Opposition to Defendants' Motion: the finality of the determinations made in the civil action Plaintiff filed in New York against Defendants (the "New York Lawsuit"). I represented the

3085793.3

Defendants in the New York Lawsuit.

3. The New York Court disposed of the New York Lawsuit by way of a Decision and Order dated October 30, 2023 (exhibit F to my prior Declaration, Dkt No. 18-1 at 96-103), granting Defendants' motion for summary judgment.

4. Plaintiff filed a motion for leave to amend and, in the alternative, for reconsideration or renewal, on November 29, 2023. That motion was denied by the New York Court by way of a Decision and Order dated February 26, 2024 (exhibit H to my prior Declaration, Dkt No. 18-1 at 147-150).

5. Defendants submitted a proposed judgment to the Court on July 11, 2024 (exhibit I to my prior Declaration, Dkt No. 18-1 at 151-155).

6. The judge presiding over the New York Lawsuit, the Hon. Andrew Borrok, signed the proposed judgment and retitled it "Judgment" on August 7, 2024. A copy of the signed Judgment (the "August Judgment") is annexed hereto as Exhibit J.

7. In New York County, where the New York Lawsuit was filed, a judgment must be approved and entered by the Clerk of Court (who is also the County Clerk) after it is signed by the judge. A judgment that has been signed by a judge but not approved by the Clerk is not entered on the docket and so not available to the parties.

8. A judgment can also be entered by the Clerk without further signature by a judge if it is based on a prior Decision and Order.

9. The Clerk took no action as to the August Judgment signed by the New York Court until January 10, 2025, when the Clerk informed the Parties that the language by which the August Judgment awarded costs and disbursements to the Defendants

3085793.3

against the Plaintiff did not conform with the Clerk's requirements. The Clerk entered the August Judgment on the docket as a Decision and Order on Motion and directed Defendants to file a revised proposed final judgment.

10. Over the course of the next two months, Defendants repeatedly submitted revised proposed judgments to the Clerk via email and E-Filing.

11. On March 5, 2025, the final judgment in the New York Lawsuit was entered by the Clerk. A copy of that final judgment is annexed hereto as Exhibit K.

Executed on the 5th day of March, 2025.

/s/ Richard G. Menaker
Richard G. Menaker

3085793.3

At IAS Part 53 of the Supreme Court of the State of New York held in and for the County of New York, at the Courthouse at 60 Centre Street, New York, New York, on the 7th day of August, 2024

P R E S E N T :
    Hon. Andrew Borrok, J.S.C.

------------------------------------------------------------------X

JASON KIRSCHENBAUM,

                      Plaintiff,

- against -

STEPHANE DE BAETS, THOSAPONG JURUTHAVEE, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES INC., ASPEN DIGITAL INC., ER MERRY WAY LP, ER GLOBAL, LLC and JOHN DOES 1-10

                      Defendants.

------------------------------------------------------------------X

Index No. 653287/2019

[~~PROPOSED~~] JUDGMENT

Plaintiff Jason Kirschenbaum having commenced this action by filing of a summons and complaint on June 5, 2019 (NYSCEF Doc. Nos. 1-3); and

Defendants Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., Aspen Digital, Inc., ER Merry Way LP, and ER Global, LLC having moved on August 12, 2019, for an order pursuant to CPLR 3211 dismissing the complaint for failure to state a cause of action and upon documentary evidence ("Motion Sequence No. 1," NYSCEF Doc. Nos. 13-19); and

Defendant Thosapong Jaruthavee having moved on August 12, 2019, for an order pursuant to CPLR 301 and 302 dismissing the complaint for lack of personal jurisdiction and pursuant to CPLR 3211 dismissing the complaint for failure to state a cause of action ("Motion Sequence No. 2," NYSCEF Doc. Nos. 20-25); and

Plaintiff having filed an Amended Complaint on September 24, 2019 (NYSCEF Doc.

EXHIBIT J

FILED: NEW YORK COUNTY CLERK 08/09/2024 03:34 PM
NYSCEF DOC. NO. 253
INDEX NO. 653287/2019
RECEIVED NYSCEF: 08/09/2024

Case No. 1:24-cv-01850-CNS-KAS   Document 62-1   filed 03/05/25   USDC Colorado
pg 5 of 16

Nos. 30-32) and having opposed Motion Sequences Nos. 1 and 2 (NYSCEF Doc. Nos. 33-34); and

Defendants having, in reply to Plaintiff's opposition, requested pursuant to applicable authority that the Court include the Amended Complaint in the record on Motion Sequences Nos. 1 and 2 (NYSCEF Doc. Nos. 37-40); and

At an oral argument on February 26, 2020, this Court having authorized Defendant Thosapong Jaruthavee to supplement the record on Motion Sequence No. 2 and Plaintiff to submit further opposition to Motion Sequences. Nos. 1 and 2 (NYSCEF Doc. No. 42); and

Defendant Thosapong Jaruthavee having submitted supplemental documentary evidence in support of Motion Sequence No. 2 (NYSCEF Doc. Nos. 43-49); and

Plaintiff having cross-moved on June 12, 2020, for leave to file a Second Amended Complaint (the "Cross-Motion") and having further opposed Motion Sequences Nos. 1 and 2 (NYSCEF Doc. Nos. 52-62); and

This Court having issued a Decision and Order (NYSCEF Doc. No. 68) on October 16, 2020, granting Motion Sequence No. 1 to the extent of dismissing the Complaint and Amended Complaint as to Plaintiff's first cause of action for fraud, second cause of action for conversion, third cause of action for breach of fiduciary duty, fourth cause of action for breach of the covenant of good faith and fair dealing, sixth cause of action for quantum meruit, seventh cause of action for an accounting, and eighth cause of action for a declaratory judgment without prejudice as to all defendants, granting Motion Sequence No. 2 to the extent of dismissing the Complaint and Amended Complaint as against Defendant Thosapong Jaruthavee for lack of personal jurisdiction pursuant to CPLR 301 and 302, and granting the Cross-Motion to the extent of permitting Plaintiff to file a Second Amended Complaint as against all defendants other than

Thosapong Jaruthavee asserting a single claim for unjust enrichment; and

Plaintiff having filed a Second Amended Complaint on October 26, 2020, and having filed a corrected version of the Second Amended Complaint on November 24, 2020 (NYSCEF Doc. Nos. 70-81); and

Defendants Stephane De Baets, Thosapong Juruthavee, Elevated Returns, LLC, 315 East Dean Associates Inc., Aspen Digital Inc., ER Merry Way LP, and ER Global, LLC having moved on January 4, 2021 for an order pursuant to CPLR 3211 dismissing the Second Amended Complaint for failure to state a cause of action and upon documentary evidence ("Motion Sequence No. 3," NYSCEF Doc. Nos. 88-99), and Plaintiff having opposed the motion (NYSCEF Doc. No. 101), and Defendants having replied in further support of the motion (NYSCEF Doc. No. 102); and

This Court having issued a Decision and Order (NYSCEF Doc. No. 103, amended at NYSCEF Doc. No. 104), granting Motion Sequence No. 3 to the extent of dismissing the Second Amended Complaint in its entirety, with costs and disbursements to be taxed by the Clerk of Court, as to Defendants 315 East Dean Associates, Inc., Aspen Digital, Inc., ER Merry Way LP, ER Global, LLC, and John Does 1-10, and dismissing the Second Amended Complaint as against Defendants Stephane De Baets and Elevated Returns, LLC except for the claim for unjust enrichment; and

Defendants Stephane De Baets and Elevated Returns, LLC having answered the remaining allegations of the Second Amended Complaint on October 25, 2021 (NYSCEF Doc. No. 105); and

Plaintiff having moved on February 28, 2023, for leave to serve a Third Amended Complaint (NYSCEF Doc. Nos. 148-152), and Plaintiff having withdrawn that motion on March

- 3 -

FILED: NEW YORK COUNTY CLERK 08/09/2024 03:34 PM
NYSCEF DOC. NO. 253

Case No. 1:24-cv-01850-CNS-KAS   Document 62-1   filed 03/05/25   USDC Colorado
pg 7 of 16

INDEX NO. 653287/2019
RECEIVED NYSCEF: 08/09/2024

8, 2023 (NYSCEF Doc. No. 153); and

Plaintiff having moved on March 8, 2023, for leave to serve a Third Amended Complaint ("Motion Sequence No. 6," NYSCEF Doc. Nos. 154-158), and Defendants Stephane De Baets and Elevated Returns, LLC having opposed the motion (NYSCEF Doc. Nos. 183-190); and

Defendants Stephane De Baets and Elevated Returns, LLC having moved on July 21, 2023, for an order pursuant to CPLR 3212 granting them summary judgment of dismissal against Plaintiff Jason Kirschenbaum (the "Summary Judgment Motion," NYSCEF Doc. Nos. 162-182, 191, 195), and Plaintiff Jason Kirschenbaum having opposed the Summary Judgment Motion (NYSCEF Doc. Nos. 196-212), and Defendants having replied in further support of the Summary Judgment Motion (NYSCEF Doc Nos. 216-224); and

The Parties having engaged in discovery proceedings, and Plaintiff having filed a Note of Issue and Certificate of Readiness on August 31, 2023, certifying that discovery proceedings were completed (NYSCEF Doc. No. 197); and

Defendants Stephane De Baets and Elevated Returns, LLC, having moved on September 15, 2023, for leave to file under seal an exhibit submitted in further support of the Summary Judgment Motion (the "Sealing Motion," NYSCEF Doc. Nos. 214-216); and

This Court having issued an order, dated October 30, 2023, denying Motion Sequence No. 6 in full, granting the Summary Judgment Motion in full, and granting the Sealing Motion in full (NYSCEF Doc. No. 227-229);

NOW, on motion of Offit Kurman, P.A., attorneys for defendants, it is hereby

ORDERED, ADJUDGED AND DECREED, that this action be, and the same hereby is, is dismissed with prejudice as against all defendants; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff be taxed the costs and

So Ordered

Hon. Andrew Borrok, JSC

- 4 -

disbursements of this action comprising the sum of $____ in accordance with the annexed bill of costs.

ENTER
August 7, 2024

J.S.C.

HON. ANDREW BORROK
J.S.C.

4890-7984-4289, v. 2

FILED: NEW YORK COUNTY CLERK 03/05/2025 03:31 PM
NYSCEF DOC. NO. 256
INDEX NO. 653287/2019
RECEIVED NYSCEF: 03/05/2025

Case No. 1:24-cv-01950-CNS-KAS   Document 62-1   filed 03/05/25   USDC Colorado
pg 9 of 16

P R E S E N T:
        Hon. Andrew Borrok, J.S.C.

-----------------------------------------------------------------------X

JASON KIRSCHENBAUM,

                        Plaintiff,        Index No. 653287/2019

            - against -

                                                            **[PROPOSED] JUDGMENT**

STEPHANE DE BAETS, THOSAPONG
JURUTHAVEE, ELEVATED RETURNS, LLC, 315
EAST DEAN ASSOCIATES, INC., ASPEN DIGITAL
INC. f/k/a ASPEN REIT INC., ER MERRY WAY
LP, ER GLOBAL, LLC and JOHN DOES 1-10,

                        Defendants.

-----------------------------------------------------------------------X

        Plaintiff Jason Kirschenbaum having commenced this action by filing of a summons and complaint on June 5, 2019 (NYSCEF Doc. Nos. 1-3); and

        Defendants Stephane De Baets, Elevated Returns, LLC, 315 East Dean Associates, Inc., Aspen Digital, Inc., ER Merry Way LP, and ER Global, LLC (the "ER Defendants") having moved on August 12, 2019 (Motion Sequence No. 1) for an order pursuant to CPLR 3211 dismissing the complaint for failure to state a cause of action and upon documentary evidence (NYSCEF Doc. Nos. 13-19); and

        Defendant Thosapong Jaruthavee having moved on August 12, 2019 (Motion Sequence No. 2), for an order pursuant to CPLR 301 and 302 dismissing the complaint for lack of personal jurisdiction and pursuant to CPLR 3211 dismissing the complaint for failure to state a cause of action (NYSCEF Doc. Nos. 20-25); and

        Plaintiff having filed an Amended Complaint on September 24, 2019 (NYSCEF Doc.

EXHIBIT K

Nos. 30-32) and having opposed both motions to dismiss filed in Motion Sequences Nos. 1 and 2 (NYSCEF Doc. Nos. 33-34); and

The ER Defendants having, in reply to Plaintiff's opposition, requested pursuant to applicable authority that the Court include the Amended Complaint in the record on both motions to dismiss filed in Motion Sequences Nos. 1 and 2 (NYSCEF Doc. Nos. 37-40); and

At an oral argument on February 26, 2020, this Court having authorized Defendant Thosapong Jaruthavee to supplement the record on his motion to dismiss filed in Motion Sequence No. 2 and Plaintiff to submit further opposition to both motions to dismiss filed in Motion Sequences. Nos. 1 and 2 (NYSCEF Doc. No. 42); and

Defendant Thosapong Jaruthavee having submitted supplemental documentary evidence in support of his motion to dismiss filed in Motion Sequence No. 2 (NYSCEF Doc. Nos. 43-49); and

Plaintiff having cross-moved on June 12, 2020, for leave to file a Second Amended Complaint (the "Cross-Motion") and having further opposed both motions to dismiss filed in Motion Sequences Nos. 1 and 2 (NYSCEF Doc. Nos. 52-62); and

This Court having issued a Decision and Order (NYSCEF Doc. No. 68) on October 16, 2020, granting the ER Defendants' motion (Motion Sequence No. 1) to the extent of dismissing the Complaint and Amended Complaint as to Plaintiff's first cause of action for fraud, second cause of action for conversion, third cause of action for breach of fiduciary duty, fourth cause of action for breach of the covenant of good faith and fair dealing, sixth cause of action for quantum meruit, seventh cause of action for an accounting, and eighth cause of action for a declaratory judgment without prejudice as to all defendants, granting Defendant Thosapong Jaruthavee's motion (Motion Sequence No. 2) to the extent of dismissing the Complaint and Amended

Complaint as against Defendant Thosapong Jaruthavee for lack of personal jurisdiction pursuant to CPLR 301 and 302, and granting Plaintiff's Cross-Motion to the extent of permitting Plaintiff to file a Second Amended Complaint as against all defendants other than Thosapong Jaruthavee, asserting a single claim for unjust enrichment; and

Plaintiff having filed a Second Amended Complaint on October 26, 2020, and having filed a corrected version of the Second Amended Complaint on November 24, 2020 (NYSCEF Doc. Nos. 70-81); and

Defendants Stephane De Baets, Thosapong Juruthavee, Elevated Returns, LLC, 315 East Dean Associates Inc., Aspen Digital Inc., ER Merry Way LP, and ER Global, LLC having moved on January 4, 2021 (Motion Sequence No. 3) for an order pursuant to CPLR 3211 dismissing the Second Amended Complaint for failure to state a cause of action and upon documentary evidence (NYSCEF Doc. Nos. 88-99), and Plaintiff having opposed the motion (NYSCEF Doc. No. 101), and Defendants having replied in further support of the motion (NYSCEF Doc. No. 102); and

This Court having issued a Decision and Order (NYSCEF Doc. No. 103, amended at NYSCEF Doc. No. 104), granting the motion of all Defendants in Motion Sequence No. 3 to the extent of dismissing the Second Amended Complaint in its entirety, with costs and disbursements to be taxed by the Clerk of Court, as to Defendants 315 East Dean Associates, Inc., Aspen Digital, Inc., ER Merry Way LP, ER Global, LLC, and John Does 1-10, and dismissing the Second Amended Complaint as against Defendants Stephane De Baets and Elevated Returns, LLC except for the claim for unjust enrichment; and

Defendants Stephane De Baets and Elevated Returns, LLC having answered the remaining allegations of the Second Amended Complaint on October 25, 2021 (NYSCEF Doc.

No. 105); and

Plaintiff having moved on February 28, 2023 (Motion Sequence No. 9) for leave to serve a Third Amended Complaint (NYSCEF Doc. Nos. 148-152), and Plaintiff having withdrawn that motion on March 8, 2023 (NYSCEF Doc. No. 153); and

Plaintiff having moved on March 8, 2023 (Motion Sequence No. 6) for leave to serve a Third Amended Complaint (NYSCEF Doc. Nos. 154-158), and Defendants Stephane De Baets and Elevated Returns, LLC having opposed the motion (NYSCEF Doc. Nos. 183-190); and

Defendants Stephane De Baets and Elevated Returns, LLC having moved on July 21, 2023 (Motion Sequence No. 7) for an order pursuant to CPLR 3212 granting them summary judgment of dismissal against Plaintiff Jason Kirschenbaum (the "Summary Judgment Motion," NYSCEF Doc. Nos. 162-182, 191, 195), and Plaintiff Jason Kirschenbaum having opposed the Summary Judgment Motion (NYSCEF Doc. Nos. 196-212), and Defendants having replied in further support of the Summary Judgment Motion (NYSCEF Doc Nos. 216-224); and

The Parties having engaged in discovery proceedings, and Plaintiff having filed a Note of Issue and Certificate of Readiness on August 31, 2023, certifying that discovery proceedings were completed (NYSCEF Doc. No. 197); and

Defendants Stephane De Baets and Elevated Returns, LLC, having moved on September 15, 2023 (Motion Sequence No. 8) for leave to file under seal an exhibit submitted in further support of the Summary Judgment Motion (the "Sealing Motion," NYSCEF Doc. Nos. 214-216); and

This Court having issued an order, dated October 30, 2023, denying Plaintiff's motion in Motion Sequence No. 6 for leave to file a Third Amended Complaint in full, granting the Summary Judgment Motion in full, and granting the Sealing Motion in full (NYSCEF Doc. No.

227-229);

NOW, on motion of Offit Kurman, P.A., attorneys for all Defendants, it is hereby

ADJUDGED, that the Second Amended Complaint, and this action in its entirety, be, and the same hereby is, dismissed with prejudice as against all Defendants; and it is further

ADJUDGED that Defendants Stephane De Baets, having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155; Thosapong Juruthavee having an address of 998/34 The Monument Thonglor, Khlong Tan Nuea, Vadhana, Bangkok Bangkok, 10110, Thailand c/o Offit Kurman P.A. 590 Madison Avenue, 6th Floor, New York, New York 10016; Elevated Returns LLC, having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155; 315 East Dean Associates, Inc. having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155; Aspen Digital, Inc. f/k/a Aspen REIT, Inc. having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155; ER Merry Way LP having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155; ER Global, LLC. having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155; ~~and JOHN DOES 1-10 having an address of 150 East 58th Street, 22nd Floor, New York, N.Y. 10155,~~ hereby recover and have a judgment against Plaintiff Jason Kirschenbaum, having a last known address of 71 Abbey Close, Scarsdale, NY 10583, for costs and disbursements as taxed by the Clerk of the Court comprising the sum of $__540.00__, and **X** Defendants shall have execution thereon.

Date: __5 th     Mar.    2025__

FILED
Mar 05 2025
NEW YORK
COUNTY CLERK'S OFFICE

_____
CLERK

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

JASON KIRSCHENBAUM,

Index No.: 653287/2019

*Plaintiff(s)*

-against-

Costs of: Defendants

STEPHANE DE BAETS, et al.,

*Defendant(s)*

| COSTS | | DISBURSEMENTS | |
|---|---|---|---|
| Costs Before Note of Issue CPLR § 8201 subd. 1 | $ ~~200.00~~ | Fee for Index Number CPLR § 8018 (a) | $ |
| Costs After Note of Issue CPLR § 8201 subd. 2 | $ 200.00 | Referee's Fees CPLR § 8301 (a)(1), 8003(a) | $ |
| Trial of Issue CPLR § 8201 subd. 3 | $ | Commissioner's Compensation CPLR § 8301 (a)(2) | $ |
| Allowance by Statute CPLR § 8302 (a), (b) | $ | Clerk's fee, Filing Notice of Pend. Or Attch. CPLR § 8021 (a)(10) | $ |
| Additional Allowance CPLR § 8302 (d) | $ | Entering and Docketing Judgment CPLR § 8301 (a)(7), 8016(a)(2) | $ ~~0.50~~ |
| Motion Costs CPLR § 8202 | $ ~~100.00~~ | Paid for Searches CPLR § 8301 (a)(10) | $ |
| Appeal to Appellate Term CPLR § 8203 (b) | $ | Affidavits & Acknowledgments CPLR § 8009 | $ |
| Appeals to Appellate Division CPLR § 8203 (a) | $ | Serving Copy Summons & Complaint CPLR § 8011(h)(1), 8301 (d) | $ |
| Appeals to Court of Appeals CPLR § 8204 | $ | Request for Judicial Intervention | $ 140.00 |
| Costs upon Frivolous Claims And Counterclaims CPLR § 8303-a | $ | Note of Issue CPLR § 8020(a) | $ |
| | $ | Paid Referee's Report CPLR § 8301 (a)(12) | $ |
| | $ | Transcripts and Filing CPLR § 8021 | $ |
| | $ | Certified Copies of Papers § 8301(a)(4) | $ |
| | $ | Satisfaction Piece CPLR § 5020(a), 8021 | $ |
| | $ | Certified Copy of Judgment CPLR § 8021 | $ |
| | $ | Postage CPLR § 8301(a)(12) | $ |
| | $ | Jury Fee CPLR § 8020 (c) | $ |
| | $ | Stenographers' Fees CPLR § 8002, 8301 | $ |
| | $ | Sheriff's Fees on Execution CPLR § 8011, 8012 | $ |
| | $ | Sheriff's Fees, Attachment, Arrest, etc. CPLR § 8011 | $ |
| | $ | Paid Printing Cases CPLR § 8301(a)(6) | $ |
| | $ | Clerk's Fees, Court of Appeals § 8301(a)(12) | $ |
| | $ | Paid Copies of Papers CPLR § 8016 (a)(4) | $ |
| | $ | Motion Expenses CPLR § 8301(b) | $ |
| | $ | Fees for Publication CPLR § 8301 (a)(3) | $ |
| | $ | Serving Subpoena CPLR § 8011(h), 8301 (d) | $ |
| | $ | Paid for Search CPLR § 8301(a)(10) | $ |
| | $ | Referee's Report | $ |
| | $ | Attendance of Witnesses CPLR § 8001(a)(b)(c), 8301 (a)(1) | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| Costs $ ~~500.00~~ 400.00 | | | $ |
| Disbursements $ ~~140.50~~ 140.00 | | | $ ~~140.50~~ 140.00 |
| Total ~~640.50~~ 540.00 | | | |

MARCH 05 2025
I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT
$540.00
*Milton Adair Tingling*
CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JASON KIRSCHENBAUM,

                        Plaintiff,

- against -

STEPHANE DE BAETS, THOSAPONG JURUTHAVEE, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES INC., ASPEN DIGITAL INC., ER MERRY WAY LP, ER GLOBAL, LLC and JOHN DOES 1-10

                        Defendants.

Index No.: 653287/2019

Hon. Andrew Borrok

**AFFIRMATION OF NECESSITY**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

Alexander Mirkin, an attorney admitted to practice in the courts of this state, affirms as follows:

I am counsel to the firm of Offit Kurman, P.A., the attorney of record for Defendants in the above-entitled action. The foregoing disbursements have been or will be necessarily made or incurred in this action and are reasonable in amount.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: March 5, 2025

                                                      /s/ *Alexander Mirkin*
                                                         Alexander Mirkin

FILED
Mar 05 2025
NEW YORK
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 653287/2019

Hon. Andrew Borrok

JASON KIRSCHENBAUM,

Plaintiff,

- against -

STEPHANE DE BAETS, THOSAPONG JURUTHAVEE, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., ASPEN DIGITAL INC. f/k/a ASPEN REIT INC., ER MERRY WAY LP, ER GLOBAL, LLC and JOHN DOES 1-10,

Defendants.

7 – 1
FILED AND DOCKETED
Mar 05 2025
AT  03:29 P  M
N.Y. CO. CLK'S OFFICE

[PROPOSED] JUDGMENT

BILL OF COSTS

AFFIRMATION OF NECESSITY

19 653287

Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, New York 10022

*Attorneys for Defendants*