IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:   24-cv-01950-CNS-KAS | Date:  June 30, 2025 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JASON KIRSCHENBAUM<br>**Plaintiff** | *Asher Gulko* |
| v. | |
| STEPHANE DE BAETS<br>ELEVATED RETURNS LLC<br>315 EAST DEAN ASSOCIATES INC<br>ASPEN DIGITAL INC<br>THOSAPONG JURUTHAVEE<br>RAVIPAN JURUTHAVEE<br>ER GLOBAL LLC<br>ER MERRY WAY LP<br>**Defendants** | *Christopher Bryan*<br>*Alexander Mirkin* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  8:59 a.m.

Appearance of counsel.

Argument as to [50] Defendants De Baets, Elevated Returns LLC, 315 East Dean Associates Inc., ER Merry Way LP, and Aspen Digitals, Inc.'s Motion to Dismiss given by Mr. Mirkin and Mr. Gulko with questions from the Court.

As outlined on the record, it is

**ORDERED:   [19] Defendants' Motion to Dismiss is GRANTED in part and DENIED in part.  State law claims are dismissed.**

**ORDERED:** Plaintiff is granted leave to amend the complaint within twenty-one days, as outlined on the record.

Settlement Conference with the Magistrate Judge is authorized.

Parties are to notify the Court via a joint email to chambers if a mediation is scheduled.

Court in Recess:  9:51 a.m.         Hearing concluded.         Total time in Court:  00:52