UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01950-CNS

JASON KIRSCHENBAUM,

    Plaintiff,

v.

STEPHANE DE BAETS, ELEVATED RETURNS, LLC, 315 EAST DEAN ASSOCIATES, INC., THOSAPONG JARUTHAVEE, RAVIPAN JARUTHAVEE, ER GLOBAL LLC, ER MERRY WAY LP and ASPEN DIGITAL, INC.
    Defendants.

---

**STIPULATION TO EXTEND DEADLINES FOR OPPOSITION AND REPLY PAPERS ON DEFENDANTS' MOTION FOR SANCTIONS**

---

Plaintiff, Jason Kirschenbaum ("Plaintiff" or "Kirschenbaum") by his undersigned attorneys, Gulko Schwed, LLP Asher Gulko, and Defendants, through their undersigned attorneys, Garfield Hecht, P.C., and Offit Kurman, P.A., stipulate as follows:

1. On November 26, 2025, Defendants filed a Motion for Sanctions **(ECF No. 92)**.

2. Consistent with Fed. R. Civ. P. 6(b), D.C.COL. Local Civil Rule 6.1, and Judge Sweeney's Civil Practice Standards, the parties stipulate and agree that Plaintiff's deadline to file his opposition to the motion shall be extended to December 19, 2025, and that Defendants' deadline to file their reply papers in support of their motion shall be extended to January 16, 2026.

3. Good cause supports this extension. The time for counsel to prepare opposition and reply papers under the applicable rules was and is limited by the holiday season and

1

travel. Extending both the opposition and reply deadlines will allow for full, orderly briefing that will aid the Court in resolving the motion.

4. This stipulation is made in good faith, is not sought for purposes of delay, and will not affect any other deadlines set by the Court.

Respectfully submitted,

*/s/ Asher Gulko*
Asher Gulko
GULKO SCHWED LLP
525 Chestnut Street, Suite 209
Cedarhurst, New York 11516
Telephone: (212) 500-1312
Fax: (212) 678-0405
asher@gulkoschwed.com

*Attorneys for Plaintiff*

*/s/ Christopher D. Bryan*
Christopher D. Bryan
Macklin Henderson
Garfield & Hecht, P.C.
625 East Hyman Ave., Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-1936
Fax: (970) 925-3008
cbryan@garfieldhecht.com

Alexander Mirkin
Richard G. Menaker
Offit Kurman, P.A.
590 Madison Avenue, 6th Floor
New York, New York 10022
Telephone: (212) 545-1900
Fax: (212) 545-1656
rmenaker@offitkurman.com
amirkin@offitkurman.com

*Attorneys for Defendants*