**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-01950-CNS-KAS

JASON KIRSCHENBAUM,

Plaintiff,

v.

STEPHANE DE BAETS,
ELEVATED RETURNS, LLC,
315 EAST DEAN ASSOCIATES, INC.,
ASPEN DIGITAL, INC.,
THOSAPONG JARUTHAVEE,
RAVIPAN JARUTHAVEE,
ER GLOBAL LLC, and
ER MERRY WAY LP,

Defendants.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of U.S. District Judge Charlotte N. Sweeney issued on June 30, 2025, [ECF No. 68] and October 21, 2026, [ECF No. 107] it is

ORDERED that the U.S. Defendants' Motion to Dismiss and Strike [ECF No. 83] is GRANTED in part and DENIED in part. It is

FURTHER ORDERED that the Jaruthavee Defendants' Motion to Dismiss [ECF No. 84] is GRANTED. It is

FURTHER ORDERED that the claims against the Jaruthavee Defendants are

dismissed without prejudice. It is

FURTHER ORDERED that the case is closed.

Dated at Denver, Colorado this 16th day of November 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes, Deputy Clerk